QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0079 WBS |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND** |
| ) | **ORDER** |
| ANDRES SANCHEZ, ) | |
| ) Defendant. ) | |
| _____) | |

      Plaintiff United States, by its counsel, Assistant United States Attorney Anne Pings, and defendant Andres Sanchez, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for July 13, 2005 should be continued to Wednesday, August 3, 2005 at 9:00 a.m. for further status conference. Defendant's family have contacted an attorney about substituting in as counsel. Defense counsel has provided the family copies of the indictment, discovery, and proposed plea agreement. Defense counsel will be out of town from July 17 to July 27, 2005. The parties agree that time should be excluded under Local Code T-4

through August 3, 2005.

DATED: July 11, 2005          Respectfully submitted,

                              MCGREGOR SCOTT
                              United States Attorney


                              /s/ Quin Denvir
                              Telephonically authorized to sign for
                              ANNE PINGS
                              Assistant U. S. Attorney



DATED: July 11, 2005          /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Attorney for Defendant Sanchez



**O R D E R**

   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: July 12, 2005


                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

U.S. v. Sanchez
Stipulation/Proposed Order
CR S-05-0079 WBS                       2